## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER B.<br>(True Name And Address Classified)<br>c/o Mark S. Zaid, PC<br>1920 N Street, N.W.<br>Suite 300<br>Washington, D.C. 20036<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, D.C. 20505<br><br>    and<br><br>MARGARET PEGGY LYONS<br>9500 Quail Pointe Ln, Apt L<br>Fairfax Station, VA 22039-3317<br><br>    and<br><br>DOES #1-10<br><br>    Defendants. | Civil Action No. 06-_____ |

### MOTION FOR LEAVE TO FILE COMPLAINT WITH
### PLAINTIFF'S LAST NAME OMITTED AND USE COUNSEL'S
### ADDRESS INSTEAD IN VIOLATION OF LCVR 5.1 (e)

NOW COMES the plaintiff Peter B., by and through his undersigned counsel, to hereby respectfully seek leave of this Court to file his Complaint against the defendants as "Peter B." without using his full name or true address. Instead, he requests to use his counsel's address in violation of LCvR 5.1(e).

As grounds therefor, the plaintiff submits the attached declaration of his counsel, Mark S. Zaid, Esq., to support his request. A proposed Order also accompanies this Motion.

Dated: September 15, 2006

Respectfully submitted,

/s/
_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C.  20036
(202) 454-2809
ZaidMS@aol.com

Attorney for Plaintiff

2