FILED

SEP 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER B.<br>(True Name And Address Classified)<br>c/o Mark S. Zaid, PC<br>1920 N Street, N.W.<br>Suite 300<br>Washington, D.C. 20036<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, D.C. 20505<br><br>and<br><br>MARGARET PEGGY LYONS<br>9500 Quail Pointe Ln, Apt L<br>Fairfax Station, VA 22039-3317<br><br>and<br><br>DOES #1-10<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | 06 1652<br><br><br><br>Civil Action No. _____ |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of plaintiff's Motion for Leave to File Complaint as "Peter B." and Use Counsel's Address in Violation of LCvR 5.1(e) and the Declaration of Mark S. Zaid, Esq., it appearing that the relief prayed is just and appropriate, it is this 19th day of September 2006,

ORDERED, that plaintiff's Complaint is hereby accepted and deemed filed as of the date it was presented to the Clerk; and

FURTHER ORDERED, plaintiff may proceed as "Peter B." and use his counsel's address instead of his own, in all proceedings connected to this action until such time as this Court Orders, or the parties stipulate, otherwise.

_____
UNITED STATED DISTRICT JUDGE