**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER B. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06-1652 (RWR) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| et al. | * | |
| | * | |
| Defendants. | * | |

*    *    *    *    *    *    *    *    *    *    *    *

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

NOW COMES the plaintiff, by and through his undersigned counsel, to respectfully move the Court for an extension of time to on or before Monday, January 8, 2007, in which to submit his response for classification review to the defendant Central Intelligence Agency's Motion to Dismiss or to Transfer.[1] This submission was presently scheduled to be filed on or before December 26, 2006. This is the plaintiff's first request for an extension.

Plaintiff and his counsel are currently seriously considering their appropriate response to this motion, including whether to consent to the transfer of the action to the U.S. District Court for the Eastern District of Virginia. Additionally, plaintiff's counsel is involved in several high profile matters, to include defending one of the Marines likely facing charges (to be announced this week) from circumstances arising from the Haditha, Iraq tragedy, and is facing several other deadlines in other administrative and litigation

---

[1] By the terms of the secrecy/non-disclosure agreement executed by counsel in this case he must first submit all court documents to the Central Intelligence Agency for classification review. Thus, the deadline date would pertain to the submission of the final document for classification review. After having received approval from the Agency counsel will file the document with the Court within two business days. This is a customary procedure, per counsel's experiences, followed in these types of cases.

proceedings. Furthermore, counsel will be away on a previously scheduled vacation from December 23, 2006 through January 2, 2007.

Plaintiff's counsel discussed this request with defendants' counsel and received consent. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  December 20, 2006

Respectfully submitted,

/s/

_____
Mark S. Zaid, Esq.
DC Bar #440532
Mark S. Zaid, P.C.
1920 N St., N.W.
Suite 300
Washington, D.C. 20006
(202) 454-2809
ZaidMS@aol.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER B. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06-1652 (RWR) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| et al. | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

Upon consideration of plaintiff's Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of December 2006

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff will submit his response for classification review to the Central Intelligence Agency by on or before January 8, 2007; and

FURTHER ORDERED, that the plaintiff will formally file his response upon receiving acknowledgment from the CIA that no classified information is contained therein.

_____
UNITED STATED DISTRICT JUDGE