**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER B. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06-1652 (RWR) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| et al. | * | |
| | * | |
| Defendants. | * | |

*        *        *        *        *        *        *        *        *        *        *        *

**ORDER**

Upon consideration of plaintiff's Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _________ day of December 2006

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff will submit his response for classification review to the Central Intelligence Agency by on or before January 8, 2007; and

FURTHER ORDERED, that the plaintiff will formally file his response upon receiving acknowledgment from the CIA that no classified information is contained therein.

_______________________________
UNITED STATED DISTRICT JUDGE

Dockets.Justia.com