**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | * | |
| PETER B. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06-1652 (RWR) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| et al. | * | |
| | * | |
| Defendants. | * | |
| *    *    *    *    *    * | * | *    *    *    *    *    * |

**PLAINTIFFS' NOTICE OF SUBMISSION OF
RESPONSIVE PLEADING FOR CLASSIFICATION REVIEW**

Plaintiff Peter B. hereby notifies the Court that his undersigned counsel on this date

submitted his responsive pleading to the defendant Central Intelligence Agency's Motion

to Dismiss to the CIA for classification review.

Upon confirmation that the document does not contain purported classified

information, or following the redaction of the alleged classified information, the

undersigned counsel will file the document via ECF.

Date:   January 8, 2007

Respectfully submitted,

/s/

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, PC
1920 N Street, N.W.
Suite 300
Washington, D.C.  20036
(202) 454-2809

Attorney For Plaintiff