UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER B.                                )
                                        )
    Plaintiff,                          )
                                        )
        v.                              )   Civil Action No. 1:06CV01652 (RWR)
                                        )
CENTRAL INTELLIGENCE AGENCY,            )
        et al.,                         )
                                        )
    Defendants.                         )
                                        )
_____)

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Marcia K. Sowles, U.S. Department of Justice, at the address and telephone number listed below, hereby enters her appearance as counsel for the defendant General Michael V. Hayden, Director of Central Intelligence Agency in this case.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY
Assistant Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES, DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7108
Washington, D.C. 20530
Tel.: (202) 514-4960

Fax: (202) 616-8470
E-mail: marcia.sowles@usdoj.gov

Attorneys for CIA and General Michael V. Hayden