# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | * | |
| PETER B. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06-1652 (RWR) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| et al. | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S NUNC PRO TUNC CONSENTED-TO MOTION
## FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

NOW COME Plaintiff, by and through his undersigned counsel, to respectfully request from this Court an extension up to and including May 7, 2007, in order to file a response to the defendants' Motion to Dismiss (filed March 26, 2007).

Plaintiff's undersigned counsel, who is a solo practitioner, has been ill most of the last three weeks and still remains out-of-the-office. All efforts are being undertaken to timely address pending legal matters.

Defendants' counsel has consented to this extension. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:   April 9, 2007

Respectfully submitted,

/s/
_____
Mark S. Zaid, Esq. (D.C. Bar #440532)
Mark S. Zaid, P.C.
1920 N Street, N.W., Suite 300
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

Attorney for the Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER B. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 06-1652 (RWR) |
| | * |
| CENTRAL INTELLIGENCE AGENCY | * |
| et al. | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of April 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiffs have up to or before May 7, 2007, to submit their responsive document to the defendants' Motion to Dismiss.

.

_____
UNITED STATED DISTRICT JUDGE