UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER B.,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>CENTRAL INTELLIGENCE AGENCY<br><u>et al.</u><br><br>　　Defendants. | *<br>*<br>*<br>*<br>*<br>*　　Civil Action No. 06-1652 (RWR)<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S CONSENTED-TO MOTION
### FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

　　NOW COME Plaintiff, by and through his undersigned counsel, to respectfully request from this Court an extension up to and including May 31, 2007, in order to file a response to the defendants' Motion to Dismiss (filed March 26, 2007).

　　Plaintiff's undersigned counsel, who is a solo practitioner, has been tentatively diagnosed with Lyme disease and remains ill. All efforts are being undertaken to timely respond to deadlines as best as possible but extensions are necessary as counsel attempts to address matters from the last 45 days during which time he has mostly been out of the office.

　　Defendants' counsel has consented to this extension. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:　May 6, 2007

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Mark S. Zaid, Esq. (D.C. Bar #440532)
　　　　　　　　　　　　　　　　　　　　　Mark S. Zaid, P.C.
　　　　　　　　　　　　　　　　　　　　　1920 N Street, N.W., Suite 300
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　(202) 454-2809
　　　　　　　　　　　　　　　　　　　　　ZaidMS@aol.com

　　　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER B. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-1652 (RWR) |
| CENTRAL INTELLIGENCE AGENCY et al. | * | |
| Defendants. | * | |

## ORDER

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of May 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiffs have up to or before May 31, 2007, to submit their responsive document to the defendants' Motion to Dismiss.
.

_____
UNITED STATED DISTRICT JUDGE