**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER B. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-1652 (RWR) |
| CENTRAL INTELLIGENCE AGENCY <u>et al.</u> | * | |
| Defendants. | * | |

* * * * * * * * * * * *

**<u>ORDER</u>**

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this ______ day of May 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiffs have up to or before May 31, 2007, to submit their responsive document to the defendants' Motion to Dismiss.

.

______________________________
UNITED STATED DISTRICT JUDGE

Dockets.Justia.com