UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER B.,

    Plaintiff,

        v.            Civil Action No. 06-1652 (RWR)

CENTRAL INTELLIGENCE AGENCY et al.

    Defendants.

### PLAINTIFF'S CONSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

NOW COME Plaintiff, by and through his undersigned counsel, to respectfully request from this Court a slight final extension of one week, or up to and including June 7, 2007, in order to file a response to the defendants' Motion to Dismiss (filed March 26, 2007).[1]

Plaintiff's undersigned counsel, who is a solo practitioner, is finally starting to recover from a diagnosis of Lyme disease and would be grateful for just one final slight extension which would allow him to address this and other pending matters. Additionally, counsel faced an office move that ended up taking more time than anticipated.

Defendants' counsel has consented to this extension. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

---

[1] For clarification purposes the "filing" on this date is for counsel's submission of his response to the CIA for classification review. As soon as the document is returned the undersigned will immediately file it with the Court.

Date:   May 29, 2007

                                        Respectfully submitted,

                                          /s/

                                       _____
                                        Mark S. Zaid, Esq.
                                        D.C. Bar #440532
                                        Mark S. Zaid, P.C.
                                        1920 N Street, N.W., Suite 300
                                        Washington, D.C. 20036
                                        (202) 454-2809
                                        ZaidMS@aol.com

                                        Attorney for the Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PETER B. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-1652 (RWR) |
| CENTRAL INTELLIGENCE AGENCY <u>et al.</u> | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of May 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiffs have up to or before June 7, 2007, to submit, for classification review, their responsive document to the defendants' Motion to Dismiss.

.

_____
UNITED STATED DISTRICT JUDGE