# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER B. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06-1652 (RWR) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| et al. | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SUBMISSION OF OPPOSITION FOR CLASSIFICATION REVIEW

NOW COMES plaintiff Peter B., by and through his undersigned counsel, to hereby notify this Court that on this date he arranged to submit his Opposition to Defendants' Motion to Dismiss to the Central Intelligence Agency for classification review. The document will be publicly filed with the Court, via ECF, upon receiving formal approval from the defendant.

Date: June 18, 2007

                                              Respectfully submitted,

                                              /s/
                                        _____

Mark S Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20006
(202) 454-2809
(202) 330-5610 fax
ZaidMS@aol.com

Attorney for the Plaintiff