UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER B.,             )
                      )
    Plaintiff,        )
                      )
        v.            )   Civil Action No. 1:06CV01652 (RWR)
                      )
CENTRAL INTELLIGENCE AGENCY, )
        et al.,       )
                      )
    Defendants.       )
                      )
_____)

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Central Intelligence Agency ("CIA") moves to extend the time to file its reply to plaintiff's opposition to CIA's motion to dismiss from July 1, 2007, to August 15, 2007. Defendant avers the following in support thereof:

1. CIA filed its motion to dismiss on March 26, 2007.

2. Plaintiff requested and was granted four extensions of time to file his opposition to the motion to dismiss. Plaintiff filed his opposition on June 21, 2007

3. This extension for defendant's reply is required because defendant's counsel has deadlines in several other unrelated cases.

4. Defendant has not sought any previous extensions of time for its reply.

5. Defendant's counsel consulted plaintiff's counsel Mark S. Zaid regarding this extension, and he stated that plaintiff does not oppose this extension.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY
Assistant Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES, DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7114
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for CIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER B.,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>    et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:06CV01652 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Upon consideration of defendant's unopposed motion for a extension of time, it is hereby

**ORDERED** that defendant's motion to dismiss is **granted**; it is further

**ORDERED** that defendants shall have until August 15, 2007, to file its reply in support of the motion to dismiss or transfer this action.

_____                                       _____
Date                                                                              UNITED STATES DISTRICT JUDGE